# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-2241

———————————————

Emad Ghalib Al Rousan

*Petitioner*

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: March 13, 2024
Filed: Mach 18, 2024
[Unpublished]

——————————

Before BENTON, ERICKSON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Jordanian citizen Emad Ghalib Al Rousan petitions for review of an order of the Board of Immigration Appeals denying his untimely motion to reopen and reconsider. Upon careful consideration of the petition and the record, we find no basis for reversal. See Sukhov v. Gonzales, 403 F.3d 568, 570 (8th Cir. 2005) (motions to reopen and reconsider are reviewed for abuse of discretion).

The petition is denied. <u>See</u> 8th Cir. R. 47B.

_____